PETER F. SAMUEL, SBN 072503
SAMUEL AND SAMUEL
5050 Sunrise Boulevard, Suite C-1
Fair Oaks, California 95826
Telephone: 916.966.4722
Facsimile: 916.962.2219
pfsamuel@samuellaw.com

Attorney for Plaintiff
NICOLE JERIE FELLEY

ANTHONY J. DECRISTOFORO SBN 166171
anthony.decristoforo@ogletree.com
KELSEY A. WEBBER SBN 303721
kelsey.webber@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Esquire Plaza
1215 K Street 17th Floor
Sacramento, CA 95814
Telephone: 916.840.3150
Facsimile: 916.840.3159

Attorneys for Defendant
AMERICA FUJIKURA LTD

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE JERIE FELLEY,<br><br>Plaintiff,<br><br>v.<br><br>AMERICA FUJIKURA LTD, a private foreign corporation, PHIL MUDGE, an individual, and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:17-CV-02204-MCE-DB<br><br>**STIPULATION AND ORDER EXTENDING PRETRIAL DEADLINES**<br><br>Complaint Filed: August 24, 2017<br>Removed: October 20, 2017<br>Trial Date: None |

Plaintiff Nicole Felley ("Plaintiff") and Defendant America Fujikura LTD ("Defendant") (together, the "Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

////

WHEREAS, in lieu of filing an Answer to Plaintiff's Complaint, Defendant filed a Motion to Transfer Venue to the District of South Carolina on October 27, 2017 (Dkt. 3);

WHEREAS, Plaintiff filed an Opposition to Defendant's Motion to Transfer Venue on November 10, 2017 (Dkt. 7) and Defendant filed a Reply to Plaintiff's Opposition on November 21, 2017 (Dkt. 10);

WHEREAS, the Court took Defendant's Motion to Transfer Venue under submission on November 30, 2017 (Dkt. 4);

WHEREAS, the Court has yet to issue a ruling on Defendant's Motion to Transfer Venue;

WHEREAS, the Parties prefer not to incur substantial attorneys' fees and costs in conducting discovery, until the Court has ruled on the Motion to Transfer Venue;

WHEREAS, the Court's October 23, 2017 Initial Pretrial Scheduling Order (Dkt. 2) holds:

- "[a]ll discovery, with the exception of expert discovery, shall be completed no later than three hundred sixty-five (365) days from the date the federal case was opened;"
- "[a]ll counsel are to designate in writing, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than sixty (60) days after the close of discovery;"
- "[w]ithin thirty (30) days after the designation of expert witnesses, any party may designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party;"
- "[t]he parties shall file dispositive motions no later than one hundred eighty (180) days after the close of non-expert discovery;"
- "[t]he parties are ordered to file a Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s) on the last filed dispositive motion(s);"

WHEREAS, on March 13, 2018, the Parties filed a stipulated request to extend the pretrial deadlines by 120 days (Dkt. 11), pending the Court's ruling on the Motion to Transfer Venue, and the Court granted this request on March 20, 2018 (Dkt. 12).

////

17cv2204.so.0727.MS.docx

WHEREAS, with the deadline to complete discovery being February 19, 2019, and the parties' mutual desire to minimize attorneys' fees until it is decided whether this case will proceed in this Court or in the District of South Carolina, the Parties believe that good cause exists to extend the pretrial deadlines for an additional one hundred and twenty (120) days.

THEREFORE, the parties stipulate and request that the pretrial discovery deadlines, as set forth in the Court's October 13, 2017 Initial Pretrial Scheduling Order (Dkt. 2), as modified in the Court's Order Extending Pretrial Deadlines (Dkt. 12), be extended by one hundred and twenty (120) days.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: July 25, 2018   SAMUEL AND SAMUEL

By: /s/ Peter F. Samuel
(as authorized on July 24, 2018)

Peter F. Samuel
Attorneys for Plaintiff
NICOLE JERIE FELLEY

DATED: July 25, 2018   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Anthony J. DeCristoforo
Anthony J. DeCristoforo
Kelsey A. Webber
Attorneys for Defendant AMERICA FUJIKURA LTD

////

////

////

**ORDER**

The Court, having reviewed the Stipulation of the Parties and finding good cause, hereby ORDERS that the deadlines set forth in the Court's October 23, 2017 Initial Pretrial Scheduling Order (ECF No. 2), as modified by the Court's March 20, 2018 Order Extending Pretrial Deadlines (ECF No. 12), be extended by an additional one hundred and twenty (120) days.

IT IS SO ORDERED.

Dated: July 30, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE